NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KENNETH J. STEVENSON,                )
                                     )
            Appellant,               )
                                     )
v.                                   )            Case No. 2D17-4998
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
                                     )
_____    )

Opinion filed October 10, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden, Judge.

Kenneth J. Stevenson, pro se.



PER CURIAM.


            Affirmed.


CASANUEVA, KHOUZAM, and SALARIO, JJ., Concur.